# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAYLOR WALKER, individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  v.<br><br>GENOCEA BIOSCIENCES, INC., WILLIAM D. CLARK , and JONATHAN POOLE,<br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 1:17-cv-12474-PBS |

## STIPULATION AND [PROPOSED] ORDER
## FOR RESPONDING TO PLAINTIFF'S COMPLAINT

WHEREAS, this proposed federal securities class action was filed on December 15, 2017 by Plaintiff Taylor Walker (the "Walker Action");

WHEREAS, Defendants' counsel has agreed to accept service of the complaint and summons in this action on behalf of Defendants;

WHEREAS, because the claims in this action arise under the Securities Exchange Act of 1934 ("Exchange Act") and this action is brought as a putative class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, Section 21D of the Exchange Act (15 U.S.C. § 78u-4) applies, including the provisions governing the appointment of the lead plaintiff and its counsel, which are set forth in Section 21D(a)(3) of the Exchange Act;

WHEREAS, on October 31, 2017, prior to the filing of the Walker Action, a substantially similar proposed federal securities class action was filed against the same defendants, alleging

identical claims under the caption *Emerson v. Genocea Biosciences, Inc. et al.*, 17-cv-12137 (D. Mass.) (the "Emerson Action");

WHEREAS, on November 3, 2017, prior to the filing of the Walker Action and following the filing of the Emerson Action, a substantially similar proposed federal securities class action was filed against the same defendants, alleging identical claims under the caption *Heaney v. Genocea Biosciences, Inc. et al.*, 17-cv-12168 (D. Mass.) (the "Heaney Action");

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(A)–(B) provides that not later than twenty (20) days after the date on which the first complaint is filed, (i) the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) that not later than sixty (60) days after the date on which the notice is published any member of the purported class may move the court to serve as lead plaintiff, and (iii) that not later than ninety (90) days after the date on which a notice is published the Court shall appoint the "most adequate plaintiff" as lead plaintiff for the class;

WHEREAS, on November 1, 2017, counsel for plaintiff in the Emerson Action caused such notice to be published, pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(I-II), advising class members that any member of the putative class may move the Court to serve as lead plaintiff no later than January 2, 2018;

WHEREAS, in order to avoid the unnecessary expenditure of effort by the parties and the Court prior to the appointment of Lead Plaintiff and the filing of an amended complaint, the parties have agreed, subject to the Court's approval, to the following:

1.      All Defendants agree that they have been properly served and agree that no further process or request for waiver is necessary.

2.      Defendants are not obligated to respond to Plaintiff's initial Complaint.

3.      Within ten (10) days of the Court's appointment of Lead Plaintiff and Lead Counsel for the putative Class, counsel for Defendants and Lead Counsel shall jointly submit for the Court's approval a proposed schedule for the filing of a consolidated amended complaint and Defendants' response to the same.

Dated: December 22, 2017

Boston, Massachusetts

Respectfully submitted,

/s/ Shannon L. Hopkins

Shannon L. Hopkins (BBO #657485)

**LEVI & KORSINSKY LLP**

733 Summer Street, Suite 304

Stamford, Connecticut 06901

Tel: (203) 992-4523

Fax: (212) 363-7171

shopkins@zlk.com

*Counsel for Plaintiff Taylor Walker*

/s/ Kristi L. Jobson

Randall W. Bodner (BBO #549160)

Kristi L. Jobson (BBO #685333)

**ROPES & GRAY LLP**

Prudential Tower

800 Boylston Street

Boston, MA 02199-3600

Tel: (617) 951-7000

Fax: (617) 951-7050

randall.bodner@ropesgray.com

peter.welsh@ropesgray.com

*Counsel for Defendants Genocea*
*Biosciences, Inc., William D. Clark,*
*and Jonathan Poole*

SO ORDERED:

Dated: _____

_____

Hon. Patti B. Saris

Chief United States District Judge

## CERTIFICATE OF SERVICE

I, Kristi L. Jobson, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on December 22, 2017.

/s/ Kristi L. Jobson
Kristi L. Jobson