**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN EMERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>GENOCEA BIOSCIENCES, INC., WILLIAM D. CLARK, and JONATHAN POOLE,<br><br>    Defendants. | No. 17-cv-12137-PBS |
| BARRY HEANY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff<br><br> v.<br><br>GENOCEA BIOSCIENCES, INC., WILLIAM D. CLARK, and JONATHAN POOLE,<br><br>    Defendants. | No. 17-cv-12168-PBS |
| TAYLOR WALKER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>GENOCEA BIOSCIENCES, INC., WILLIAM D. CLARK, and JONATHAN POOLE,<br><br>    Defendants. | No. 17-cv-12474-PBS |

**MOTION BY THE GENOCEA INVESTOR GROUP FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF CO-LEAD AND LIAISON COUNSEL</u>**

Putative class members and Lead Plaintiff movants Omer Yuksel, Lirio Fiocchi, Scott C. Hartmann, Satya Kunapuli, and Raul Zamudio (collectively, the "Genocea Investor Group" or "Movant"), by and through counsel, will, and hereby do, respectfully move this Court, on a date and at such time as may be designated by the Court, for an Order, submitted herewith: (1) consolidating the above-captioned actions; (2) appointing the Genocea Investor Group as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*; (3) approving the Genocea Investor Group's selection of the law firms of Scott+Scott, Attorneys at Law, LLP and Levi & Korsinsky, LLP to serve as Co-Lead Counsel for the Class and Block & Leviton LLP to serve as Liasion Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is supported by the accompanying Memorandum of Law in Support of the Genocea Investor Group's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead and Liaison Counsel; Declaration of Jason M. Leviton in support thereof and the exhibits attached thereto; all of the prior pleadings and proceedings filed herein; and such other written and oral argument as may be presented to the Court.

DATED: January 2, 2018

Respectfully submitted,

**BLOCK & LEVITON LLP**

/s/ Jason M. Leviton
Jason M. Leviton (BBO# 678331)
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: 617-398-5600
Facsimile: 617-507-6020
jason@blockesq.com

*Proposed Liaison Counsel for Lead Plaintiff
Movant the Genocea Investor Group*

1

Thomas L. Laughlin, IV
Rhiana L. Swartz
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

Shannon L. Hopkins (BBO# 657485)
**LEVI & KORSINSKY, LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Telephone: 203-992-4523
Facsimile: 212-363-7500
shopkins@zlk.com

*Proposed Co-Lead Counsel for Lead Plaintiff
Movant the Genocea Investor Group*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Jason M. Leviton
Jason M. Leviton